[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-16261
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 22, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00026-CV-4-RH-WCS

WILLIAM LONG,
on behalf of themselves and all
others similarly situated,
CHARLES TODD LEE,
on behalf of themselves and all
others similarly situated,
et al.,

Plaintiffs-Appellees,

versus

HOLLY BENSON,
in her official capacity as Secretary
Florida Agency for Health Care Administration,
DOUGLAS BEACH,
in his official capacity as Secretary
Florida Department of Elder Affairs,
et al.,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(June 22, 2010)

Before EDMONDSON and BIRCH, Circuit Judges, and HODGES,[*] District
Judge.


PER CURIAM:


This appeal is from the grant of a preliminary injunction. As we understand it, today's case presents a close question in the application of law to a set of unique facts. We are not deciding the merits of the case. But we cannot say the district court abused its discretion in granting the preliminary injunction in this case. "A preliminary injunction may be issued to protect the plaintiff from irreparable injury and to preserve the district court's power to render a meaningful decision after a trial on the merits. The grant or denial of a preliminary injunction rests in the discretion of the district court." Canal Authority of State of Fla. v. Callaway, 489

_____

[*]Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of Florida, sitting by designation.

2

F.2d 567, 572 (5th Cir. 1974). See also Schiavo v. Schiavo, 403 F.3d 1223, 1226 (11th Cir. 2005); Revette v. Int'l Ass'n of Bridge, Structural & Ornamental Iron Workers, 740 F.2d 892, 893 (11th Cir. 1984).

Today's affirmance of the preliminary injunction does not affect the law of the case on the merits. A full review of appellants' assertions can be had after -- and if -- the district court on full consideration decides to grant a permanent injunction.

AFFIRMED.